# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 15, 2016

### NO. 03-16-00519-CV

**Darrell J. Harper, Appellant**

**v.**

**State of Texas Commission on Judicial Conduct, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
DISMISSED -- OPINION BY JUSTICE GOODWIN**

Having reviewed the record, the Court finds that the appeal should be dismissed. Therefore, the Court dismisses the appeal. No costs of appeal shall be assessed in this Court or in the court below.